# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DUAYNE MIKAEL VALERY,<br><br>　　　　　Defendant | Case No. 19-cr-01027-AJB<br><br>**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

　　　IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, DUAYNE MIKAEL VALERY, be granted. The dismissal will be without prejudice.

**IT IS SO ORDERED.**

Dated: April 11, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge